No. 51. HAAS v. PALACE HOTEL CO. ET AL. District Court of Appeal of California, First Appellate District.

Certiorari denied. *Roger Kent* for petitioner. *Lyman Henry* for the Palace Hotel Co.; and *Farnham P. Griffiths* and *Morris M. Doyle* for the Bank of California et al., respondents.